ANTONELLO BOLDRINI
81-FROTHINGHAM STREET
PITTSTON PA 18640
PLAINTIFF

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

1) FEDERAL NATIONAL MORTGAGE
ASSOCIATION,   (BY N.T.C.)
Daniel Thompson "Vice President
NATIONWIDE TITLE CLEARING, INC.
As misrepresented vice President of
FANNIE MAE  a G.S. Enterprise
2100 Alt. 19 North,
Palm Harbor, FL 34683

Case N. 3:19 cv 563

2) MARTHA E. VON ROSENSTIEL, P.C.
Martha E. Von Rosenstiel, Esq. No. 52634
And: Heather Riloff, Esquire, No. 309906_
And: Jeniece D. Davis, Esq/ No. 208967_
And: Tyler J. Wilk, Esq. No. 322247_
as misrepresented attorneys of its Fabricated Plaintiffs
"Federal National Mortgage Association Fannie Mae"
and, "Prof-2013-S3-Legal Title Trust, by US BANK"
649 South Avenue, Suite 7
Secane, PA 19018
Ph. (610)-328-2887

**FILED**
**SCRANTON**

APR 0 1 2019

PER _____
DEPUTY CLERK

3) HLADIK, ONORATO & FEDERMAN, LLP  FIRM
Stephen M. Hladik
ERIC J. PHILLIPS  and
Lauren L.  Schuler
as misrepresented attorneys of its Fabricated Plaintiffs
"Federal National Mortgage Association Fannie Mae"
and,  "Prof-2013-S3-Legal Title Trust, by US BANK"

4) McCABE, WEISBERG & CONWAY, P.C.
Attorney  Joseph F. Riga No. 57716_
123 South Broad Street, Suite 1400,
Philadelphia, Pennsylvania, 19109_
As  Attorneys that  allegedly

(5) "JPMorgan Chase Bank, N.A. s/b/m/
Chase Home Finance LLC, s/b/m/
Chase Manhattan Mortgage Corporation,"
As  Alleged Modificator  Loan  on 2015
Loan N. 1764018817 Luzerne County.
Chase 780 Kansas, Floor 2,_
Monroe Louisiana, 71203-4774"

1

6) FAY SERVICING, LLC. _
FAY FINANCIAL, LLC_
a)---Charlie Blum
b)---David Pope
c)---Claudia Lozada
Allegedly Assigned by  FANNIE MAE
440 LaSalle Street, 20th. Floor
Chicago, IL 60605_

7) Attorney Chris Cullen                          Case N._____
2 West Olive Street
Scranton PA 18508
Ph. 570-344-6256
Ph.570-575-0901

8) JPMORGAN CHASE BANK, N.A.
3415 VISION DRIVE
COLUMBUS OHIO 43219-6009

9) Chase Home Finance LLC
3415 Vision Drive
Columbus, Ohio 43219-0542

10) Esquire Candidus K. Dougherty
SWARTZ CAMPBELL LLC
as Attorneys For McCabe  in the
W.D. case   2;12-cv-971 MPK
50 South 16th Street
Two Liberty Place    28th Floor
Philadelphia, PA  19102
phila-efiling@swartzcampbell.com

,11) Attorney David E. Schwager
CHARITON, SCHWAGER & MALAK
as misrepresented Local attorneys  for Fabricated Plaintiffs
"Federal National Mortgage Association Fannie Mae"
and,  "Prof-2013-S3-Legal Title Trust, by US BANK"
2013 McCabe case 2013-2329
138 South Main Street
Wilkes-Barre Pa 18703
palaw@charitonschwager.com

(12) Neuberger Berman Investment Advisers, LLC
C/O  NATIONWIDE TITLE CLEARING, INC.
2100 Alt. 19 North,
Palm Harbor, FL 34683

2

(13) E. Lance
NATIONWIDE TITLE CLEARANCE
As participant in alleged assignment
By FANNIE MAE
2100 ALT 19 North
Palm Harbor, FL. 34683


(14) Moses & Gelso
Stephen Molitoris
And Peter J. Moses present on Friday
17, 2017, at mediation. Luzerne Co.          Case N._____
120 South Franklin
Wilkes-Barre PA 18703

(15) Att. Joseph P. Giovannini
Boldrini former lawyer present at
at judge Gelb on May 22, 2017.
400 Third Avenue as
Kingston PA 18704

(16) MICHAEL SHUCOSKY
Luzerne County Courthouse III Floor
As Court Administrator
200 N. River Street
Wilkes-Barre, PA 18711

(17 ) Hon. Judge Lesa Gelb
Luzerne County Courthouse III Floor
AS Judge For wrong foreclosure
2013-2329 and 2016-3597
200 N. River Street
Wilkes-Barre Pa, 18711

(18) Mrs Joan Hoggarty Prothonotary
Luzerne County Courthouse III Floor
Overseas County office of Records.
200 N. River Street
Wilkes-Barre Pa, 18711

(19) James L. Haddock D. Proth.
Prothonotary Office III Floor
Falsifying Court Order
Luzerne County Court House
Wilkes-Barre, Pa 18711

(20) BRIAN M. SZUMSKI, Sheriff
Luzerne County Courthouse Basement
Re certifying sevices on 2017- 2018
200 N. River Street
Wilkes-Barre Pa, 18711

(21) DONALD KRESESKI, Dep. Sheriff
Luzerne County Courthouse Basement.
In re service County documentation.
200 N. River Street
Wilkes-Barre Pa, 18711

(22) Mark P. Mc. Andrew, Sheriff
Servicing cour
200 N. Washington Avenue (Life Bldg)                    Case N._____
Scranton, PA 18503


(26) Officer DELUCCIE Deputy Sheriff
As alleged servicer of Document to Plaintiff.
200 N. Washington Avenue (Life Bldg)
Scranton, PA 18503

(27) Seterus Inc.
Shawann Hampton as misrepresented
("Foreclosure Specialist")
For alleged FANNIE MAE
14523 SW. Millikan Way, Suite 200
Beaverton, OR 97005

(28) a) Dave Ritter & b) Kim Salter
Commission Economic Opportunity
As officials for Luzerne County
165 Amber Lane
P. O. Box 1127
Wilkes Barre, Pa 18703-1127
ceo@sunlink.net

(29) Rosemary Lavelle And Ellen Mason
CCCS & ACCS of NEPA,
As official for Luzerne County
401 Laurel Street
Pittston Pa 18640
Rosemary L. Lavelle@advantageccs.org
and: Ellen M. Mason@advantageccs.org

(30) PROF-2013 S3 LEGAL TITLE TRUST II,
BY U.S. BANK NATIONAL ASSOCIATION,
AS LEGAL TITLE TRUSTEE
As allegedly assigned by FANNIE MAE
60 Livingston Avenue, EP-MN- WS3D,
Attention Structured Finance Services-PROF,
ST. PAUL, MN 55107

4

32) "JPMorgan Chase Bank NA":
10790 Rancho Bernardo Road  as
Alleged McCabe Plaintiff case 2013-2329
San Diego, California 92127

33) Chase Loss & Mitigation
P.O. Box 24696
Columbus Ohio, 43222

Case N._____

34) LUZERNE COUNTY
deputy Diversionaty F. Program
Luzerne County Main Courthouse
In his official capacity
Attorney Sam  Falcone Jr.
200 N. River Street
Wilkes-Barre, Pa 18711

35) Clerk of the Court "lh"
USDC_for the_ MD_of_PA
Personally  only  and not in
official capacity
235 N. Washington Avenue
Scranton  PA 18503

36) Clerk of the Court
USCA  For THIRD CIRCUIT
Personally  only and not in
Official capacity
601  Market Street
Philadelphia PA 19106

36) Clerk of the Court John Doe
USDC_for the_WD_of_PA
Personally only
700 Grant Street  Room #3110
Pittsburg PA 15219
Ph. 412-208-7500

37) Shellpoint  Mortgage Servicing
  P.O. Box  10826
Grenville, SC  29603-

*Defendants*

-----------------------------------------------------------------------------------------------

## JURISDICTION

This U. S. District Court has Jurisdiction on this matter pursuant to 18 USC # 1964(a)  and

pursuant to 28 USC # 1343(a) (1)(2)(3)(4).  28 USC 1331(a)

### CAUSE OF ACTION

Pursuant to 18 USC # 1964 (c)

Pursuant to 42 USC # 1985  Conspiracy to interfere with civil rights

Pursuant to 15 USC # 1640  Civil liability .

Pursuant to 28 USC # 1343(a) (1)(2)(3)(4)

Based  Defendants  conduct" of an enterprise through a pattern of racketeering activity :

sections 891–894 (relating to extortionate credit transactions),

892  "Making extortionate extension of credit"

894 "Collection of extension of credit by extortionate means"

1512 ( relating to tampering with a witness, victim, or an informant),

1512 (a)(2) "Defendants * in conspiracy used the hoax  of **Foreclosure** *(physical force or **the threat of**

**physical force against any** person, or attempts to do so,)* with intent to:

**(A)** influence, delay, or prevent the testimony of A. Boldrini in the an official proceeding:

section 1028(A) (5)  (aggravated identity theft) any provision contained in chapter 63 (relating to mail,

bank, and wire fraud);        Section 495: Contracts, Deeds,  and Power of Attorneys

section 1343 (relating to wire fraud), having devised or intending to devise any scheme or artifice to

defraud  or for obtaining money or property by means of false or fraudulent pretenses, representations,

or promises, transmits or causes to be transmitted by means of wire, radio, or television

communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for

the purpose of executing such scheme or artifice,  section 1344 (relating to financial institution fraud),

section 1513 (e)  (relating to retaliating against a witness, victim, or an informant  and  livelihood

## ALLEGATIONS IN CONSPIRACY

1) All Defendants acted in conspiracy with one or more conspirator and are liable in conspiracy

2) Plaintiff Antonello Boldrini has been victim of Identity theft since 2013 which has been discovered on May 3, 2018 where several Defendant official of Luzerne County in conspiracy with Defendants lawyers debt collector after corruptly have taken illegally Antonello Boldrini's life for two years in court tampering with his social security number and other information the Defendants making extortionate extension of credit to defraud FANNIE MAE falsifying fabricated a fraudulent Loan Modification tampering for two years in creating a false Mortgage history payment reporting payments never occurred and on 2005 they defraud Fannie Mae for alleged several hundred thousand of dollars collect any extension of credit.

3) Plaintiff have received no money no extension of credit since is not the owner of the property from 2009 and that improperly was placed under foreclosure on 2013 as retaliation by tampering with physical forces to impede his court cases against same few Defendants .

4) The alleged loan modification non enforceable Boldrini was coerced by his lawyer Luzerne County Judge consultant local Lawyer for out o town lawyer that placed him improperly into Luzerne County Foreclosure Diversionary Program made only for property owner . Not for Boldrini.

5)    On 2016, same Luzerne County Defendants Officials tried again with Plaintiff Antonello Boldrini and this time the forged fabricated power of attorney and Assignment misusing the Identity of Fannie Mae Federal National Mortgage Association the government entity . Because the Defendants committed several Crimes since April 2015, in order to impede an eventually Boldrini federal act they engage into a strategy and tricks to impede him to have access in the Federal Court system which included an attempt to include him on a class settlement..

7

6)   Because   Boldrini   did   not gave up  the Defendants  assisted  by their  potent  friend   committed

errors in court  that consist   in several  criminal  conduct  as  misrepresented  FANNIE  MAE  as

alteration  of proceeding .

7)     Violation  of Federal Preemption  12 U.S. Code § 1701j–3. Preemption of due-on-sale

prohibitions  a lender may not exercise its option pursuant to a due-on-sale clause upon

a transfer where the spouse or children of the borrower become an owner of the property;

8)     Defendants  in Conspiracy   they  falsified   an hold   loan  1764018817

paid  by Mortgage  Insurance  on 2010  and

9)   Plaintiff  has been  since  2004   victim  of  a elaborated   conspiracy  that  include  an

large number of individual  that interfered  against his life.

9)   The Cause of Action still ongoing   in numerous   cases open in courts.

----------------------------------------------------------------------------

# DETAILS   INDIVIDUAL  CLAIM

# COMING SOON

April 1, 2019

8

## REQUEST FOR RELIEF

Plaintiffs will submitt to the Court the list of Request Relief in this action that at this point is only indicative and not completed and presented with the total of compensatory damages in an amount deemed at time of trial to be just, fair, and also to be add with any further relief as the Court shall find just and appropriate.

The Damages claimed by the Plaintiffs are included but not limited to the follows:

I:   Compensatory Damages

II:   General Damages

III:   Restitutionary or disgorgement damages

IV:   Special Damages;Incidental damages;Consequential damages;Proximate Cause;

V:   Punitive Damages;

VI:   Exemplary Damages

VII: Treble Damages;

"The purposes of Punitive Damages are to punish the Defendant for outrageous misconduct and to deter the Defendant and others from similar misbehavior in the future. The nature of the wrongdoing that justifies punitive damages is extremely applicable .

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the Plaintiff in the above

Action, that he has read the above complain, and that the information contained therein is true

and correct. 28 U.S.C,# 1746; 18 U.S.C.# 1746;18 U.S.C.# 1621

RESPECTFULLY SUBMITTED

April 01, 2019

Antonello Boldrini  Pro-Se
81 Frothingham Street
Pittston Twp, PA 18640
570-262-5207; 570-504-5892
boldriniantonello@yahoo.com